FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-1994
_____

AL PRINCE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 18, 2018

PER CURIAM.

The petition filed on May 14, 2018, is treated as a petition for writ of habeas corpus, and is dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

Petitioner is cautioned that abusive, repetitive, malicious, or frivolous filings will result in sanctions such as a bar on pro se filing in this Court or referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999); § 944.279(1), Fla. Stat.

WOLF, LEWIS, and ROWE, JJ., concur.

————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

————————————————

Al Prince, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.